| AO 10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
| Rev. 1/2014 | FOR CALENDAR YEAR 2013 | in Government Act of 1978 |
| | | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kozinski, Alex | Ninth Circuit Court of Appeals | 08/11/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination ☐ Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2013 <br> to <br> 12/31/2013 |

**7. Chambers or Office Address**

125 S. Grand Avenue
Suite 200
Pasadena, CA 91105

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  All Limited Partnerships | Reported in Section VII |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Feb 7-8 | Emory Law Journal Symposium - Lecture Fee | $10,000.00 |
| 2. Feb 25 | Univ. of Colorado - Lecture Fee | $1,000.00 |
| 3. Feb 28 | Santa Clara University - Lecture Fee | $2,000.00 |
| 4. April 4 | Apital University - Lecture Fee | $5,000.00 |
| 5. June 11-13 | Atlanta IP Inn of Court - Lecture Fee | $2,000.00 |
| 6. Oct 15-16 | Univ. of Notre Dame Law School - Lecture Fee | $2,500.00 |
| 7. Oct 29 | Oklahoma City Univ. School of Law | $500.00 |
| 8. Dec 12-13 | Federal Practice Seminar | $3,000.00 |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/13 | Self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Reason Weekend | Jan. 31-Feb. 3 | Law Vegas, NV. | Speaking Engagement | Travel & Lodging for Self and ▩ |
| 2. | Emory Law Journal Symposium | Feb. 7-8 | Atlanta, CA | Speaking Engagement | Travel & Lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kozinski, Alex | 08/11/2014 |

| | | | | | |
| --- | --- | --- | --- | --- |
| 3. | U.C. Hastings | Feb. 20 | San Francisco, CA | Speaking Engagement | Dinner |
| 4. | Univ. of Colorado | Feb. 25 | Denver, Co | Speaking Engagement | Travel & Lodging |
| 5. | Santa Clara Univ. | Feb. 28 | Santa Clara Univ. | Speaking Engagement | Travel & Lodging |
| 6. | Yale Law School | March 2-3 | New Haven, CT | Speaking Engagement/ Panel | Travel & Lodging |
| 7. | LA County Bar Labor & Employment Symposium | March 27 | Los Angeles, CA | Speaking Engagement/ Panel | Dinner |
| 8. | Capital Univ. | April 4 | Columbus, OH | Speaking Engagement | Travel & Lodging |
| 9. | San Diego Lawyers Chapter, Federalist Society | April 12 | San Diego, CA | Speaking Engagement | Travel |
| 10. | National Ski Association | May 1 | Palm Springs, CA | Speaking Engagement | Travel |
| 11. | Calif. Academy of Appellate Lawyers | May 3-5 | Carmel Valley Ranch, CA | Speaking Engagement | Travel & Lodging |
| 12. | Marriage Ceremony - Alisa Thomas | May 18-19 | Santa Cruz, CA | Speaking Engement | Travel & Lodging |
| 13. | So. Calif. Institute of Law | June 7-9 | Santa Barbara, CA | Speaking Engagement | Travel & Lodging, Self & ▓ |
| 14. | Atlanta IP Inn of court | June 11-13 | Atlanta, CA | Speaking Engagement | Travel & Lodging |
| 15. | CATO Institute | June 14 | Washington, D.C. | Speaking Engagement/ Panel | Lodging |
| 16. | Atlas Symposium | June 28-July 1 | Washing, D.C. | Speaking Engagement/ Panel | Travel & Lodging |
| 17. | UC Berkeley Panel/hosted by Wilson SonsiniGoodrich & Rosati | July 1 | Pale Alto, CA | Speaking Engagement/ Panel | Travel |
| 18. | ACLU Debate | July 26 | Los Angekes, CA | Speaking Engagement | Lunch |
| 19. | Chapman Univ. School of Law | Sept. 10 | Orange, CA | Speaking Engagement | Travel |
| 20. | ABTL 40th Annual Seminar | Oct. 2-6 | Laguna Niguel, CA | Speaking Engagement | Travel & Lodging, Self & ▓ |
| 21. | Univ. of Notre Dame Law School | Oct. 15-16 | Notre Dame, Indiana | Speaking Engagement | Travel & Lodging |
| 22. | FBA Oklahoma City Chapter | Oct. 28 | Oklahoma City, OK | Speaking Engagement | Travel & Lodging |
| 23. | Yale Law School Federalist Society | Nov. 11 | New Haven, CT | Speaking Engagement | Travel & Lodging |
| 24. | Federal Practice Seminar - Iowa State Bar Assoc. | Dec. 12-13 | Des Moines, IO | Speaking Engagement | Travel & Lodging |
| 25. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 08/11/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 08/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   816 SHS SANMINA-SCI | A | Dividend | J | T | | | | | |
| 2.   121 SHS STANCORP | A | Interest | J | T | | | | | |
| 3.   DREYFUS MUNI MONEY MARKET FUND | A | Interest | L | T | | | | | |
| 4.   SCHWAB MONEY MARKET FUND | A | Interest | J | T | | | | | |
| 5.   ["SCHWAB MONEY MARKET FUND(SWMXX) | A | Interest | J | T | | | | | |
| 6.   Fidelity Cash Reserves(FDRXX) | A | Interest | K | T | | | | | |
| 7.   ARNA | A | Dividend | J | T | | | | | |
| 8.   TIP | A | Dividend | K | T | | | | | |
| 9.   HYG | A | Dividend | K | T | | | | | |
| 10.   GDX | A | Dividend | J | T | | | | | |
| 11.   BND | A | Dividend | J | T | | | | | |
| 12.   VWO | A | Dividend | K | T | | | | | |
| 13.   VGK | A | Dividend | K | T | | | | | |
| 14.   VPL | A | Dividend | K | T | | | | | |
| 15.   VNQ | A | Dividend | J | T | | | | | |
| 16.   VB | A | Dividend | K | T | | | | | |
| 17.   VTI | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 08/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   (PTR) HISTORIC PRE. PROP. | A | Interest | J | U | | | | | |
| 19.   (PTR) WINGATE HSG. II | A | Interest | J | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 08/11/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alex Kozinski**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544